

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00471-CR

———————————————

Ex parte Franklin Robert Elkins

On Appeal from Criminal District Court No. 2
Tarrant County, Texas
Trial Court No. C-2-W011598-0842389-D

Before Womack, J.; Sudderth, C.J.; and Wallach, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Franklin Robert Elkins attempts to appeal from the trial court's order recommending that the Texas Court of Criminal Appeals deny his pro se Article 11.07 application for writ of habeas corpus seeking postconviction relief from his May 26, 2004 conviction for intoxication manslaughter. *See* Tex. Code Crim. Proc. Ann. art. 11.07.

This court has no jurisdiction over postconviction applications for writs of habeas corpus in felony cases. *See id.* art. 11.07, § 3; *Bd. of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995) (orig. proceeding) (stating that "[j]urisdiction to grant post conviction habeas corpus relief on a final felony conviction rests exclusively with" the Court of Criminal Appeals). Accordingly, by letter dated December 18, 2019, we notified Elkins of our concern that this court lacks jurisdiction over this appeal and warned him that we could dismiss it for that reason unless we received a response showing grounds for continuing it. *See* Tex. R. App. P. 44.3. Elkins filed a response, but it does not show grounds for continuing this appeal.[1] We therefore dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

Per Curiam

Delivered: January 30, 2020

---

[1] In his response to our jurisdiction letter, Elkins requested that we appoint counsel to assist him with filing his brief. We deny his request as moot.